UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                               Case No. 17-cr-168-pp

ROMELL R. LEWIS,

      Defendant.

## ORDER GRANTING THE GOVERNMENT'S MOTION FOR ENTRY OF PRELIMINARY ORDER OF FORFEITURE (DKT. NO. 50)

On October 3, 2017 the grand jury returned an indictment against the defendant, charging him with being a felon in possession of a firearm, possessing with intent to distribute marijuana, and possessing firearms in furtherance of a drug trafficking offense. Dkt. No. 1. The indictment included a forfeiture notice, listing a Springfield Armory, model 1911A-1, .45 caliber pistol, bearing serial number WW128948; a Sig-Sauer, model SP2022, .40 caliber pistol, bearing serial number 24B015976; and a Volunteer Enterprises, model Commando Mark III, .45 caliber rifle, bearing serial number 24893. Id. at 4.

On February 27, 2019, the defendant signed a plea agreement. Dkt. No. 46. In that agreement, the defendant agreed that the court could immediately enter a preliminary order of forfeiture. Id.

In light of the plea agreement, the court **FINDS** that the Springfield Armory, model 1911A-1, .45 caliber pistol, bearing serial number WW128948;

1

the Sig-Sauer, model SP2022, .40 caliber pistol, bearing serial number 24B015976; and the Volunteer Enterprises, model Commando Mark III, .45 caliber rifle, bearing serial number 24893, are subject to forfeiture.

The court **GRANTS** the government's motion for entry of a preliminary order of forfeiture. Dkt. No. 50. The court **ORDERS** that all right, title and interest in the Springfield Armory, model 1911A-1, .45 caliber pistol, bearing serial number WW128948; a Sig-Sauer, model SP2022, .40 caliber pistol, bearing serial number 24B015976; and a Volunteer Enterprises, model Commando Mark III, .45 caliber rifle, bearing serial number 24893 is **FORFEITED** to the United States under 18 U.S.C. §924(d); 21 U.S.C. §853; and 28 U.S.C. §2461(c).

The court **ORDERS** that the Bureau of Alcohol, Tobacco, Firearms, and Explosives for the Eastern District of Wisconsin or its duly appointed representative shall seize the items listed above.

The court **ORDERS** that under 21 U.S.C. §853(n)(1), the United States shall publish notice of this order and of its intent to dispose of the property according to law.

The court will recount the terms of this order in the defendant's judgment and commitment order.

Dated in Milwaukee, Wisconsin this 18th day of April, 2019.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**United States District Judge**